

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2022

No. 04-21-00527-CV

**IN THE INTEREST OF J.D.U., J.M.U., A.K.U.**, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01098
Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on January 18, 2022. On that date, appellant filed a motion requesting a ten-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by January 28, 2022. Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court